642 P.2d 178

**In the Matter of Louis G. STEWART, Jr., Attorney at Law.**

**No. 14166.**

Supreme Court of New Mexico.

March 16, 1982.

ORDER

This cause came on before the Supreme Court, and the Court being fully advised in the premises;

IT IS ORDERED that, pursuant to Rule 14(c) of the Rules Governing Discipline, Louis G. Stewart, Jr., is immediately suspended from the practice of law in all courts of the State of New Mexico, until a determination is made of his capacity to continue to practice law in accordance with Rule 14(b) of the Rules Governing Discipline.

642 P.2d 178

**In the Matter of Anthony E. LUCERO, Jr., Attorney at Law.**

**No. 14170.**

Supreme Court of New Mexico.

March 24, 1982.

DISCIPLINARY PROCEEDING

This matter coming on for hearing and the Court being fully advised,

It is ordered and adjudged that the decision and recommendations of the Disciplinary Board in this matter are approved;

That ANTHONY E. LUCERO, Jr. be and he hereby is disbarred with leave, however, to apply for reinstatement in the manner prescribed by the rules after the final expiration date of November 3rd 1984 of the probation imposed upon him by the United States District Court; and that the costs of this proceeding in the amount of $ 367.11 are assessed against him.